# IN THE SUPREME COURT OF THE STATE OF NEVADA

COURTNEY MADISON,
     Appellant,
   vs.
THE STATE OF NEVADA,
     Respondent.

No. 80812

FILED

APR 0 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial motion to suppress statements and an order denying a pretrial motion to sever. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule allows a defendant to appeal from an order denying a pretrial motion to suppress statements or an order denying a pretrial motion to sever. *See* NRS 177.015(2) (only the State may appeal from a pretrial order granting or denying a motion to suppress evidence); *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (the right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS this appeal DISMISSED.

          _____, J.
          Parraguirre

_____, J.      _____, J.
Hardesty          Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-13561

cc:    Hon. Michael Villani, District Judge
        Courtney Madison
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk
        Benjamin J. Nadig